OPINION — AG — THE FOLLOWING GOVERNMENTAL ENTITIES AND STATE OFFICERS ARE SUBJECT TO THE PROVISIONS OF 74 O.S. 1975 Supp., 85.29 [74-85.29] WHICH REQUIRES A BLANKET BOND FOR STATE OFFICERS AND EMPLOYEES: (1) GRAND RIVER DAM AUTHORITY (2) OKLAHOMA TURNPIKE AUTHORITY (3) OTTAWA RECLAMATION AUTHORITY (4) DRUG TREATMENT AND REHABILITATION AUTHORITY (5) OKLAHOMA RAILWAY MAINTENANCE AUTHORITY (6) PROFESSIONAL PRACTICES COMMISSION (7) OKLAHOMA VETERANS LOAN AUTHORITY (8) FISCAL DIRECTOR OF THE OKLAHOMA TOURISM AND RECREATION DEPARTMENT. CITE: 74 O.S. 1975 Supp., 85.26 [74-85.26], 74 O.S. 1975 Supp., 82.28 [74-82.28], 82 O.S. 1971 861 [82-861] [82-861], 69 O.S. 1971 1703 [69-1703], 43 O.S. 1971 652 [43-652], 66 O.S. 1971 301 [66-301] [66-301], 70 O.S. 1971, 6-116 [70-6-116], 72 O.S. 1971 263 [72-263], 74 O.S.Supp., 1801 (DAVID K. MCCURDY)